1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  KATHERINE B. DOWLING, CSBN 220767
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 10th Floor
5      Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6833
       Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8
                            UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                 SAN FRANCISCO DIVISION
11
   HARTFORD ACCIDENT &,            )   No. C 04-02140 SC
12 INDEMNITY COMPANY               )
                      Plaintiff,   )
13                                 )   STIPULATION AND ORDER
      v.                           )   APPROVING COMPROMISE
14                                 )   SETTLEMENT
                                   )
15 UNITED STATES OF AMERICA,       )
                                   )
16                    Defendant.   )

17      IT IS HEREBY STIPULATED by and between Hartford Accident & Indemnity ("Hartford"),

18 plaintiff, and the United States of America, defendant, as follows:

19      1. The parties do hereby agree to settle and compromise the above-entitled action under the

20 terms and conditions set forth herein.

21      2. The United States of America, defendant, agrees to pay to the plaintiff the sum of Sixty

22 Five Thousand Dollars and no cents ($65,000.00), which sum shall be in full settlement and

23 satisfaction of any and all claims, demands, rights, and causes of action of whatever kind and nature,

24 arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and

25 personal injuries, damage to property and the consequences thereof, resulting, and to result, from the

26 same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful

27 death, for which plaintiff or its administrators or assigns, and each of them, now have or may

28

STIP & ORDER APPROVING
COMPROMISE SETTLEMENT
C 04-02140 SC                                    1

1 | hereafter acquire against the United States of America, its agents, servants, and employees.

2 |   3. Plaintiff and its administrators or assigns hereby agree to accept the sum of Sixty Five
3 | Thousand Dollars and no cents ($65,000.00), in full settlement and satisfaction of any and all claims,
4 | demands, rights, and causes of action of whatever kind and nature, arising from, and by reason of any
5 | and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to
6 | property and the consequences thereof which they may have or hereafter acquire against the United
7 | States of America, its agents, servants and employees on account of the same subject matter that gave
8 | rise to the above-captioned lawsuit, including any future claim for wrongful death. Plaintiff and its
9 | administrators or assigns further agree to reimburse, indemnify and hold harmless the United States
10 | of America, its agents, servants or employees from any and all such causes of action, claims, liens,
11 | rights, additional subrogated or contribution interests incident to or resulting from further litigation or
12 | the prosecution of claims by plaintiff its administrators or assigns against any third party or against
13 | the United States, including claims for wrongful death.

14 |   4. This stipulation for compromise settlement shall not constitute an admission of liability or
15 | fault on the part of the United States, its agents, servants, or employees, and is entered
16 | into by both parties for the purpose of compromising disputed claims and avoiding the expenses and
17 | risks of litigation.

18 |   5. This agreement may be pled as a full and complete defense to any subsequent action or
19 | other proceeding involving any person or party which arises out of the claims released and discharged
20 | by the agreement.

21 |   6. It is also agreed, by and among the parties, that the settlement amount of Sixty Five
22 | Thousand Dollars and no cents ($65,000.00) represents the entire amount of the compromise
23 | settlement and that the respective parties will each bear their own costs, fees, and expenses and that
24 | any attorneys' fees owed by the plaintiff will be paid out of the settlement amount and not in addition
25 | thereto.

26 |   7. It is also understood by and among the parties that, pursuant to Title 28, United States
27 | Code, Section 2678, attorneys' fees for services rendered in connection with this action shall not

28

STIP & ORDER APPROVING
COMPROMISE SETTLEMENT
C 04-02140 SC                    2

exceed 25 per cent of the amount of the compromise settlement.

8. Payment of the settlement amount will be made by a check drawn on the Treasury of the United States for Sixty Five Thousand Dollars and no cents ($65,000.00) and made payable to Hartford.

9. In consideration of this Agreement and the payment of Sixty Five Thousand Dollars and no cents ($65,000.00) thereunder, plaintiff Hartford agrees that upon notification that the settlement check is ready for delivery, counsel for Hartford will deliver to defendant's counsel a fully executed Stipulation for Dismissal with prejudice of C 04-02140 SC, <u>Hartford v. United States</u>.

10. Plaintiff hereby releases and forever discharges the United States and any and all of its past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities, actions, causes of actions, claims and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the allegations set forth in plaintiff's pleadings in this action.

11. The provisions of California Civil Code Section 1542 are set forth below:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Plaintiff having been apprised of the statutory language of Civil Code Section 1542 by his attorney, and fully understanding the same, nevertheless elects to waive the benefits of any and all rights he may have pursuant to the provision of that statute and any similar provision of federal law. Plaintiff understands that, if the facts concerning plaintiff's injury and the liability of the government for damages pertaining thereto are found hereinafter to be other than or different from the facts now believed by them to be true, the Agreement shall be and remain effective notwithstanding such material difference.

12. For and in consideration of the Agreement of plaintiff Hartford to accept from defendant United States $65,000.00 in full settlement of all his claims against said defendant relating to the complaint filed by plaintiff, and further, for and in consideration of Hartford's agreement to execute a dismissal with prejudice of its claims in the above-entitled action, the United States hereby releases

STIP & ORDER APPROVING
COMPROMISE SETTLEMENT
C 04-02140 SC                                                   3

1  and discharges Hartford, from any and all current or future claims for contribution or indemnity,
2  including but not limited to any additional worker's compensation and disability liens, arising out of
3  the above-described settlement paid by defendant United States to plaintiff Hartford, ~~but excluding~~
4  ~~release from contribution or indemnity for any third party suits stemming out of the above entitled~~
5  ~~action.~~   *K.C.*
6  //
7  //
8  //
9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

STIP & ORDER APPROVING
COMPROMISE SETTLEMENT
C 04-02140 SC                              4

1     13. This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that the agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement. This Agreement may not be altered, modified or otherwise changed in any respect except by writing, duly executed by all of the parties or their authorized representatives.

Dated: _____

RICHARD CORBIN
Plaintiff Hartford

Dated: _____

THOMAS TAGLIARINI, ESQ.
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: 5/9/05

KATHERINE B. DOWLING
Assistant United States Attorney
Attorneys for Defendant

APPROVED AND SO ORDERED:

Dated: _____

HON. SAMUEL CONTI
United States District Court Judge

STIP & ORDER APPROVING
COMPROMISE SETTLEMENT
C 04-02140 SC          5

13. This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that the agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement. This Agreement may not be altered, modified or otherwise changed in any respect except by writing, duly executed by all of the parties or their authorized representatives.

Dated: _____

RICHARD CORBIN
Plaintiff Hartford

Dated: May 18, 2005

THOMAS TAGLIARINI, ESQ.
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: _____

KATHERINE B. DOWLING
Assistant United States Attorney
Attorneys for Defendant

APPROVED AND SO ORDERED:

Dated: _____

HON. SAMUEL CONTI
United States District Court Judge

STIP & ORDER APPROVING
COMPROMISE SETTLEMENT
C 04-02140 SC                                    5

1  13. This instrument shall constitute the entire agreement between the parties, and it is
2  expressly understood and agreed that the agreement has been freely and voluntarily entered into by
3  the parties hereto with the advice of counsel, who have explained the legal effect of this agreement.
4  The parties further acknowledge that no warranties or representations have been made on any subject
5  other than as set forth in this Agreement. This Agreement may not be altered, modified or otherwise
6  changed in any respect except by writing, duly executed by all of the parties or their authorized
7  representatives.

Dated: May 18, 2005

RICHARD CORBIN
Plaintiff Hartford

Dated: May 18, 2005

THOMAS TAGLIARINI, ESQ.
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: _____

KATHERINE B. DOWLING
Assistant United States Attorney
Attorneys for Defendant

APPROVED AND SO ORDERED:

Dated: 6/30/05

/s/ Samuel Conti
HON. SAMUEL CONTI
United States District Court Judge

STIP & ORDER APPROVING
COMPROMISE SETTLEMENT
C 04-02140 SC                                5